RENNER & MARAS, INC., Respondent, v. PLANT MANUFACTURING CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Kelby, JJ.

WILLIAM SCHAIN, Respondent, v. JOSEPH BLEIWEISS, Appellant.— Order denying defendant's motion for judgment on the pleadings reversed on the law. without costs, and motion granted, without costs. The plaintiff had knowledge of and participated in the bankruptcy proceedings, and both causes of action set forth in the complaint were provable debts under section 63 of the Bankruptcy Act, subdivision 4.* The entry of the order confirming the composition in bankruptcy discharged the defendant from plaintiff's claims. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

FRANK M. TOMPKINS and MILDRED T. HUTCHINSON, as Executors, etc., of STATES D. TOMPKINS, Deceased, Respondents, v. MILLER, TOMPKINS & COMPANY, Appellant. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

FRANK M. TOMPKINS and MILDRED T. HUTCHINSON, as Executors, etc., of STATES D. TOMPKINS, Deceased, Respondents, v. MILLER, TOMPKINS & COMPANY, Appellant. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

BESSIE TUCKER, Respondent, v. HARRY KRIEGER, Appellant.— Orders of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

RAE B. S. TWIGG, Appellant, v. CHARLES E. TWIGG, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

LOUISE WARTH, Appellant, v. MARY L. ZEYHLE, as Executrix, etc., of PETER A. WARTH, Deceased, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Kelby, JJ.

THEODORE S. ZEGERS, Respondent, v. CHARLES P. LOCKWOOD, Individually and as Sole Surviving Executor, etc., of AUGUSTA LOCKWOOD, Deceased, and Others, Appellants, Impleaded with HERBERT LOCKWOOD and Others, Respondents.— Order reversed upon the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. This decision is made in the exercise of our discretion, and not in acceptance of the averments of the moving affidavits as to the conduct of the attorney. Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ., concur.

MARY CHARLTON, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion to extend time to serve and file case on appeal granted, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

MARY CHARLTON, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion denied on condition that appellant perfect the appeal for the May term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

---

* See 30 U. S. Stat. at Large, 562, 563, § 63, subd. a, cl. 4.— [REP.